# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MAURICIO NUNEZ MORALES,<br><br>  Plaintiff(s),<br><br>vs.<br><br>OREGON MUTUAL INSURANCE CO.,<br><br>  Defendant(s). | Case No. 2:13-cv-0830-JCM-NJK<br><br>ORDER TO SHOW CAUSE |

Defendant filed an answer on May 22, 2013.  Docket No. 5.  The Rule 26(f) conference was required to be held within 30 days thereafter.  *See* Local Rule 26-1(d) ("Counsel for plaintiff shall initiate the scheduling of the Fed. R. Civ. P. 26(f) meeting within thirty (30) days after the first defendant answers *or otherwise appears*" (emphasis added)).  The stipulated discovery plan was due 14 days after the Rule 26(f) conference.  *See* Local Rule 26-1(d) ("Fourteen (14) days after the mandatory Fed. R. Civ. P. 26(f) conference, the parties shall submit a stipulated discovery plan and scheduling order").  Accordingly, the stipulated discovery plan was due no later than July 8, 2013.  To date, no such plan has been filed.

Accordingly, the counsel for both parties are hereby ORDERED to show cause in writing, no later than July 22, 2013, why they failed to comply with the Local Rules as outlined above.  Alternatively, the filing of a joint proposed discovery plan prior to that date will suffice to discharge this order to show cause.

IT IS SO ORDERED.

DATED: July 14, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge