UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MAURICIO NUNEZ MORALES, | ) | |
| Plaintiff(s), | ) | Case No. 2:13-cv-00830-JCM-NJK |
| vs. | ) | ORDER DENYING PROPOSED DISCOVERY PLAN (Docket No. 10) |
| OREGON MUTUAL INS. CO., et al., | ) | |
| Defendant(s). | ) | |

Pending before the Court is the Proposed Discovery Plan and Scheduling Order, Docket No. 10, which is hereby **DENIED**. The proposed discovery plan is deficient in a number of respects. First, the Local Rules require proposed discovery plans to "state the date the first defendant answered or otherwise appeared." Local Rule 26-1(e)(1). The submitted discovery plan fails to do so. Second, the presumptive discovery period is 180 days from the date the first defendant answers or appears. Local Rule 26-1(e)(1). As the answer in this case was filed on May 22, 2013, the presumptively reasonable discovery cut-off is November 18, 2013. The proposed plan seeks additional time by requesting a discovery cut-off of January 3, 2014. *See* Proposed Discovery Plan and Scheduling Order at 2. The parties provide no explanation why extended discovery is required. Third, requests for extending discovery deadlines must be filed no later than 21 days before the subject deadline sought to be extended. *See* Local Rule 26-4. The submitted discovery plan misstates Local Rule 26-4. *See* Proposed Discovery Plan and Scheduling Order at 3.

Accordingly, the proposed discovery plan is **DENIED**.  The parties are ordered, no later than July 25, 2013, to file another proposed discovery plan that complies with the Local Rules.

IT IS SO ORDERED.

DATED: July 18, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge