# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MAURICIO NUNEZ MORALES,

   Plaintiff(s),

vs.

OREGON MUTUAL INS. CO., et al.,

   Defendant(s).

Case No. 2:13-cv-00830-JCM-NJK

ORDER DENYING PROPOSED DISCOVERY PLAN (Docket No. 12)

  Pending before the Court is the amended Proposed Discovery Plan and Scheduling Order, Docket No. 12, which is hereby **DENIED**. On July 18, 2013, the Court denied the first discovery plan submitted for failing to comply with the Local Rules in several respects:

> The proposed discovery plan is deficient in a number of respects. First, the Local Rules require proposed discovery plans to "state the date the first defendant answered or otherwise appeared." Local Rule 26-1(e)(1). The submitted discovery plan fails to do so. . . . Third, requests for extending discovery deadlines must be filed no later than 21 days before the subject deadline sought to be extended. *See* Local Rule 26-4. The submitted discovery plan misstates Local Rule 26-4. *See* Proposed Discovery Plan and Scheduling Order at 3.

Docket No. 11. The resubmitted discovery plan continues to be defective for both of those reasons.

  With respect to requests for extension, the amended proposed discovery plan continues to state that the deadline for any extension is triggered by the discovery cut-off. *See* Docket No. 12 at 3. That is not correct. "All motions or stipulations to extend a deadline set forth in a discovery plan shall be received no later than twenty-one (21) days *before expiration of the subject deadline*."

Local Rule 26-4 (emphasis added).  By way of example, a request to extend the deadline for initial expert disclosures must be filed 21 days before *that* deadline is set to expire.  A request to extend the deadline for initial expert disclosures filed only 21 days before the discovery cutoff would be untimely.

Accordingly, the amended proposed discovery plan is **DENIED**.  The parties are ordered, no later than July 26, 2013, to file another proposed discovery plan that complies with the Local Rules.

IT IS SO ORDERED.

DATED: July 19, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge